01/2012

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE: | ) Chapter |
|---|---|
|  | ) Bankruptcy Case No. |
|  | ) |
|  | ) |
| Debtor(s) | ) |

**DECLARATION REGARDING  ELECTRONIC FILING
PETITION AND ACCOMPANYING DOCUMENTS**

DECLARATION OF PETITIONER(S)

A. [To be completed in all  cases]

I (We), _____ and _____ the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed  the petition, statements, schedules, and other  documents being filed with the petition; and (3) the  document s are true and correct.

B.  [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

I, _____, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

_____    _____
Printed or Typed Name of Debtor or Representative    Printed or Typed Name of Joint Debtor


_____    _____
Signature of Debtor or Representative    Signature of Joint Debtor


_____    _____
Date    Date